# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | Bankr. No. 06-23936-TPA |
| | * | |
| GARTH LANSAW and | * | Chapter 13 |
| DEBORAH LANSAW, | * | |
| | * | No. 13-2037 |
| Debtors. | * | |
| | * | |
| GARTH LANSAW and | * | |
| DEBORAH LANSAW, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | |
| | * | |
| FRANK ZOKAITES, | * | |
| | * | |
| Defendant. | * | |

## CERTIFICATION RE TRANSCRIPT:

AND NOW comes the Defendant, Frank Zokaites ("Zokaites") by his counsel, Jeffrey A. Hulton, Esquire and, in accordance with Bankruptcy Rule 8006-1 and Local Rule 5007-1, states as follows:

Request for Transcript Not Required:

The undersigned hereby certifies that the transcript from the trial held in this proceeding that is the subject of this appeal had been previously ordered and transcribed.

Respectfully submitted,

/s/ Jeffrey A. Hulton, Esquire
Jeffrey A. Hulton, Esquire
PA ID No. 49522

1201 Law & Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219
(412) 586-5592

Dated: January 27, 2015

Counsel for Appellant,
Frank R. Zokaites

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within **Certification Re Transcript** was served on the following on January 27th, 2015 by U.S. Mail, postage pre-paid:

Garth and Deborah Lansaw
2353 Fairhill Road
Sewickley, PA 15143

Clerk of the Court
United States Bankruptcy Court
for the Western District of Pennsylvania
600 Grant Street
Pittsburgh, PA 15222

/s/ Jeffrey A. Hulton, Esquire
Jeffrey A. Hulton, Esquire
Counsel for the Defendant