# Table of Authorities

Cases:                                                                                                    Page No.

Alvarez, 319 B.R. 108, 111 (Bankr. W.D. Pa. 2004) ...........................................11

Atlantic Business and Community Corp., 901 F.2d 325 (3d Cir. 1990)).................11

Barry, 3 In re Poole, 242 B.R. at 112 30 B.R. at 37.............................................6

BMW of North America, Inc. v. Gore, 517 U.S. 559 (1996)...................................11

Cruz v. Princeton Insur. Co., 2009 Pa. Super 49; 2009

Pa. Super. LEXIS 64 (Mar. 24, 2009......................................................................5

Dawson v. Washington Mutual Bank (In re Dawson), 390 F.3d 1139 (9th Cir. 2004).Washington, 172 B.R. 415, 427 (Bankr.S.D.Ga.1994)..................................6

Eastman v. Baker Recovery Services, Adv. No. 08-5055-C Bankr. W.D. Tex..........12

Feld v. Merriam, 506 Pa. 383, 485 A.2d 742 (1984), SHV Coal, 587 A.2d at 705.............................................................................................................10

Feldmeier, 335 B.R. at 814-15................................................................5

Frankel, 391 B.R. 266, 275 (Bankr. M.D. Pa. 2008) (internal citations omitted)................................................................................................10

Gisondi, 2014 WL 683755, (E.D. Pa. 3014).....................................................14

Griffiths v. CIGNA, Corp., 857 F.Supp. 399, 409 (E.D. Pa. 1994).........................7

Howard, 2011 WL 578777 at *13 (W.D. Pa. 2011) .............................................11

Iskric, Chapter 13, Debtors Lisa M. Iskric, Plaintiff, v. Commonwealth Financial Systems, Inc.., Defendant. Case No. 1-12-bk-03839-RNO, Adversary No. 1-13-ap-00076-RNO. United States Bankruptcy Court, M.D. Pennsylvania. August 7, 2013...................................................................................................3

J-A05013-15 PA Super 165 COMMONWEALTH OF PENNSYLVANIA IN THE SUPERIOR COURT OF PENNSYLVANIA Appellant v. FARUQ ROBINSON Appellee No. 1305 EDA 2014.............................................................24

Kirkbride, Case No. 08-00120-8-JRL, 2010 WL 4809334

(Bankr. E.D.N.C. Nov. 19, 2010)..................................................................................6

Kraig Alan Long, Nancy Jo Long, Debtors Chapter 13 Case
NO. 11-05070-8-RRD In The United States Bankruptcy
Court Easter District of North Carolina Greenville Division ................................6

LMP Shoal Creek, LLC, 2007 Bankr. LEXIS 4659 (Bankr. W.D. Tex. 2007)..........13

Mar. Elec. Co., Inc. v. United Jersey Bank, 959 F.2d 1194, 1200 n. 3
(3d Cir. 1991) ; Steinmen v. Spencer (In re Argus Group 1700, Inc.),
206 B.R. 737, 741 n. 8 (Bankr. E.D. Pa. 1996).......................................................3

Meyers, 344 B.R. 61, 66-67 (E.D. PA 2006)..............................................................5

Patterson, 263 B.R. 82, 97. (Bankr. E.D. Pa. 2001)...............................................10

Poole, 242 B.R. at 11 ..................................................................................................6

Reading Radio, Inc. v. Fink, 833 A.2d 199 (Pa.Super.2003 ), ..............................10

Reading Radio, Inc., 833 A.2d at 215 (citing v. Moriarty, 706 A.2d 1228, 1242
(Pa.Super.1998))........................................................................................................10

SHV Coal, 587 A.2d at 705 .......................................................................................10

Sands, No. 10-12205C-13G, 2011 WL 3962491 at *3
 (Bankr. M.D.N.C. April 1, 2011) ............................................................................10

Security Funding, Inc., 234 B.R. 398 (Bankr. E.D. Tenn. 1999) ...........................13

Shade, 261 B.R. 213, 216 (Bankr. C.D. Ill.2001))...................................................10

Shaffer, supra at 626, 712 A.2d at 751 (citation omitted)....................................24

Shiner v. Moriarty, 706 A.2d 1228, 1242 (Pa.Super.1998) ...................................11

Solfanelli v. Corestates Bank, N.A., 203 F.3d 197, 203 (3d Cir. 2000)
(decided under former § 362(h))................................................................................9

Spence v. Board of Education of Christine School District, 806 F.2d 1198, 1203
 (3d Cir. 1986) (Higginbotham, J., concurring)........................................................7

Steinmen v. Spencer, (In re Argus Group 1700, Inc.), 206 B.R. 737, 741 n. 8
(Bankr. E.D.Pa.1996).................................................................................................3

Sternberg v Johnson, 9th Circuit Court of Appeals Case

Nos. 07-16870 & 08-15721 October 1, 2009........................................................................7

Stewart, 2000 WL 1194437 at *5 (Bankr.S.D.Ga. July 9, 2000)..............................6

Superior Court of Pennsylvania. David VANCE and Keara Vance,
Husband and Wife, Appellees v. 46 AND 2, INC., d/b/a
Casey's Draft House, Appellant. David Vance and Keara Vance,
Husband and Wife, Appellees v. Nicholas Turos and Mark Welshonse,
Appellants...............................................................................................................7

Thorpe, No. 11-00862-8-SWH, 2011 WL 5909403 at *2 (Bankr. E.D.N.C. May 17,
2011)..........................................................................................................................6

Viener v. Jacobs, 834 A.2d 546, 561 (Pa.Super.2003)...........................................11

Washington, 172 B.R. 415, 427 (Bankr.S.D.Ga.1994)............................................6