IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**GARTH and DEBORAH LANSAW,**

    Debtor.

_____/

**FRANK ZOKAITES,**

    Appellant,                      Civil Action No. 2:15-cv-00404-DSC

    v.

**GARTH LANSAW and DEBORAH LANSAW,**

    Appellees.

**DEFENDANT'S NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE THIRD CIRCUIT:**

Notice is hereby given that Appellant, Frank Zokaites ("Zokaites"), in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered by the United States District Court for the Western District of Pennsylvania on March 15, 2016, [DE 22], that affirmed the verdict from the United States Bankruptcy Court for the Western District of Pennsylvania in Adversary Proceeding Number 13-2037-TPA in favor of Appellees in the amount of $50,100.00.

1

The parties to the Orders appealed from and the names and addresses of their respective counsel are as follows (Appellees, Garth and Deborah Lansaw are *Pro Se*):

| For Frank Zokaites: | Garth and Deborah Lansaw, *Pro Se*: |
|---|---|
| Jeffrey M. Robinson, Esquire | Garth and Deborah Lansaw |
| 145 Lake Drive, Suite 102F | 2353 Fairhill Road |
| Wexford, PA 15090 | Sewickley, PA 15143 |

Respectfully submitted,

/s/ Jeffrey M. Robinson, Esquire

Jeffrey M. Hulton, Esquire
Pa. ID No 45598

Robinson Law Group
145 Lake Drive, Suite 102F
Wexford, PA 15090
Tel. 412-660-3315
jeffrey@jrobinsonlegal.com

Dated: April 8, 2016

## **CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the within Notice of Appeal was served on Garth and Deborah Lansaw by US Mail, postage prepaid this 8th day of April, 2016.

Garth and Deborah Lansaw<br>
2353 Fairhill Road<br>
Sewickley, PA 15143

/s/ Jeffrey M. Robinson, Esquire